**Affirmed and Opinion filed April 10, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00345-CR

_____

**RICKY NELSON GOODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 9825856**

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of terroristic threat. On June 26, 1998, the trial court sentenced appellant to confinement for 100 days in the Harris County Jail.[1]

The clerk's record was filed but no reporter's record was filed.   This court ordered a hearing to determine whether appellant desired to prosecute his appeal, and if so, whether

---

[1] Notice of appeal was given August 14, 1998, but was not processed by the clerk of the court until April 19, 2011.

appellant was entitled to appointed counsel and/or a free reporter's record.     Appellant did not appear.   The trial court found that several attempts had been made to contact appellant to ascertain his intention regarding this appeal, including sending two letters return receipt requested, but no response had been received.   The trial court concluded that appellant has abandoned his appeal.

Appellant has not filed a written motion to withdraw or to dismiss the appeal. *See* Tex.R.App. P. 42.2(a). However, based upon the finding of the trial court that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.   Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.

Do not publish - TEX. R. APP. P. 47.2(b).